(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __JOHN WIMBLEY__
(Name of Plaintiff)   (Inmate Number)

__P.O. BOX 9561 Wilm, DE, 19809__
(Complete Address with zip code)

06 - 572

(2) _____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) __OFFICER BROWN__

(2) __SERGEANT READ__

Scanned- BD 9/13/06

• • Jury Trial Requested

(3) _____
(Names of Defendants)

FILED
SEP 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IFP

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

   __NONE__

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a grievance on 6/3/06 in FULTON COUNTY Jail (SEE EXHIBIT A)

2. What was the result? THE OFFicer took it apon his self to throw there copy of my grievance away.

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: OFFicer Duply Brown

Employed as C/O Guard at FULTON COUNTY JAIL

Mailing address with zip code: 901 RICE STREET ATLANTA GA 30318

(2) Name of second defendant: SERGEANT READ

Employed as C/O Guard at FULTON COUNTY

Mailing address with zip code: 901 RICE STREET ATLANTA GA 30318

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. INCIDENT DATE 6/1/06 Wedsday morning 8/3 shift (3) Three 100 Zone Mental Health Unit. On or about 11:30 am on zone (3) Three c/o Brown had a problem with a nother inmate c/o Brown said (that) that hick her at lunch time.

2. Sergent Read try to restrain the inmate. And officer Brown and the Sergent Read allowed (2) two other inmate, trustys workers held the inmate down while c/o Brown beat the inmate down to the floor. The inmate worker held

3. inmate down while c/o Brown hand cuff inmate that was just beat down. The inmate John Wimbley was moved of the Mental Health Unit (3) three days later and taken to a nother Unit an hand cuff by S.G.T Read and beat in his head while he was hand cuff to bed.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to sue c/o Brown an S.G.T Read in there individual compassioudy an offishaul compassiouedy. For 200,000.00 dollars. For hand cuffing me to the bed a hitting me in the head with a nother pare hand cuff.

3

2. I JOHN WIMBLEY send EXHIBIT'S (A) of his grievance Form, A copy of all the Witness that seen S.GT Read handcuff me to the bed and Beat me in my forhead with another sit of Hand cuff. EXHIBIT (B) EXHIBIT (C) 1 of 2 pages

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

X   Signed this __26__ day of __August__, 2 __2006__.

X   _John Wimbly_____
      (Signature of Plaintiff 1)

    _____
      (Signature of Plaintiff 2)

    _____
      (Signature of Plaintiff 3)

4

JOHN WIMBLEY, S.B.I #165136
P.O. Box 9561   1D-20
Howard Young-Correctional
Wilm, DE 19809

U.S.M.S
X-RAY

Clerk
U.S. District Court
Lockbox 18
844 North. King St.
Wilmington, DE 19801

Legal
Mail

| ROUTINE [ ] | FULTON COUNTY JAIL | GRIEVANCE NO: _____ |
|---|---|---|
| EMERGENCY [✓] | INMATE GRIEVANCE FORM | TO BE ASSIGNED BY THE GRIEVANCE OFFICER....... |

| John Linley | 0610707 | 103 | 6-3-06 |
|---|---|---|---|
| NAME | BOOKING NO. | CELL NO. | INCIDENT DATE |

STATE TO THE POINT, THE FACTS OF YOUR GRIEVANCE (ATTACH EXTRA PLAIN SHEETS IF NECESSARY)

On the above date and time 11:30 pm 3 North #100 on 8/3 Shift in Fulton County Jail there was a problem that take place on Zone 3 wing with the officer of Justice at the time of incident which the officer had a problem with a inmate that officer Deputy Brown she states that the inmate kick her Sergeant and try to restrain the inmate and the officer Deputy Brown put the Sergeant Reid allowed a inmate that are sanity worker here _____ search for as lowly inmate worker then a other inmate that act to deal with 3 inmate and Sergeant used the Deputy Beat hit inmate down to the floor inmate deputy worker had the officer had cuff putting the hand cuff on the inmate _____ the inmate zone 3 north 100 mental health floor He was _____ 3 day later.

_____    6-3-06
SIGNATURE OF INMATE         DATE OF REPORT

RECEIVED BY GRIEVANCE OFFICER - _____ TIME: _____ DATE: _____

GRIEVANCE OFFICER'S REPORT

_____    _____
SIGNATURE OF GRIEVANCE OFFICER    DATE

I DO [ ]    DO NOT [ ]    AGREE WITH THE DECISION OF THE GRIEVANCE OFFICER.

SIGNATURE OF INMATE    DATE

34-114-1084 (REV. 1/86)

EXHIBIT (B)

I WITNESS OF INCIDENT

INCIDENT Date Wedesdays morning 6/1/06 Date
time 11:30 Am floor 8/3 Shift 3 North 100
ZON3 3 North 1c meNtal Health Floor

1. THOMAS J. ARMSTRONG 47089 IIC
2. Scott Johnston 866391
3. Everett Elliott
4. _____ _____        R309205?
5. Jose _____
6. Jonathan L Ford
7. _____ G_____
8. John Wimbley 887969
9. _____ _____
10. _____ _____
11.
12.
13.
14.
15.
16.
17.

EXHIBIT (C)

I petition the court of Justice
Witness of Encident
please be advised  6/1/06
Fulton County Jail

Incident Date Wed. morning 6/1/06
time 1130 Am hour 8.3 Shift 3 North 100
Zone 3 North 100 mental health Floor
on the above Date and time 1130 I..

... Fulton County Jail
Atlanta GA there was a ...
... Zone 3 North 100 ...
... at the time of Sergeant ... the
...

... Her Sergeant Read try to Retrieve me
Inmate And officer Duty Brown And the
Sergeant Read Allowed 2 Inmate the trusty
worker there Location 3 North 600 as trust...
Inmate worker Inmate her was Involve with
3 Inmate And Sergeant Read And Duty Brown
is A Woman Beating the Inmate down to the
floor, Inmate trusty worker had the officer
Hand cuff ... the hand cuff on the
Inmate, the Inmate was move 3 day after from
3 North 100 mental health floor, then the
Sergeant Read came in to my cell and
put Hand cuff on I John Wimbley cuff me to my bed And
Beat me in the head with His ... A ...

EXHIBIT
(C)

that Jail have sh... not give you any thing to Eat for 4 or 5 days at a time. However Are Civil Rights have be violated and constitutional Right, And refuse to give me medical treatment Inside Zone 100 North 100 Fulton County Jail 901 Rice St Atlanta GA 30318. At the Zones on 3 north Evidence could be examined And tested All The Zone Have Tower And camera on the Zone If the camera was Supeona to the Court it would Show the Evidence of my Argument