RESIDENT HISTORY REPORT                                    Page 1 of 1

HRYCI
10/04/06 11:13
ST 007 / OPR JMH

SBI               :  165136
Resident Name     :  WIMBLEY, JOHN
Time Frame        :  06/07/2006 17:56 - 10/04/2006 11:13

------------------------------------------------------------------------
Date          Time    Type              ST  OPR   Receipt #      Amount      Balance
------------------------------------------------------------------------

06/07/2006   17:56   Intake             5  BVS   E15448           1.00         1.00
06/13/2006   12:11   Add                4  SED   D49389          30.00        31.00
06/14/2006   09:41   Order              2  DDT   B119632         20.08        10.92
06/21/2006   08:36   Order              2  DDT   B120782         10.91         0.01

Civil Action No. 06-572 (Gms)

For John H. WIMBLEY

To proceed in forma pauperis

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT 16  PM 4:14

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**BUREAU OF ADULT CORRECTION**
**HOWARD R. YOUNG CORRECTIONAL INSTITUTION**
**P.O. BOX 9279**
**WILMINGTON DE  19801**
(BUSINESS ADDRESS)

# Memorandum

To:      John Wimbley  — Ped ID 20

From:   **Ms. Hill  (Business Office)**

Date:    **October 4, 2006**

Re:      **Response to your letter.**

---

**Mr. Wimbley,**

**Here is your resident account history per your request.**

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT 16  PM 4: 14

2006 OCT 16  PM 4: 14

WILMINGTON DE 197

12 OCT 20

UNITED STATES

$ 00.39⁰

02 1A
0004615572   OCT 12  2006
MAILED FROM ZIP CODE 19802

Inf. 196

Greenbelt District Judge
United States District Court
844 North King Street Box 18
Wilmington De 19801-3570



Mr. John H. Winbley
SBI. 165136
Howard R. Young Correction Inst.
PO Box 9561
Wilm. De. 19809

Inf. 196

Gregory M. Sleet, Judge
United States District Court
844 North King Street Box 19
Wilm. De. 19801-3570

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 OCT 16  PM 4: 14

WILMINGTON DE 197

12 OCT 20

$ 00.39
0004615572    OCT 12 2006
02 1A
MAILED FROM ZIP CODE 19802
UNITED STATES POSTAL SERVICE