IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN H. WIMBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-572-GMS |
| | ) | |
| OFFICER BROWN and SERGEANT READ, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff John H. Wimbley ("Wimbley") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on October 19, 2006, this court entered an order granting Wimbley leave to proceed *in forma pauperis* and requiring Wimbley to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 6);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Wimbley;

THEREFORE, at Wimlington this 6th day of Feb., 2007, IT IS HEREBY ORDERED that Wimbley's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE

FILED

FEB - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE